

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Clem Fain, Vice-Chairman
Counties and County Boundaries Committee
The Senate of Texas
Austin, Texas

Dear Sir:

Opinion No. O-5074
Re: Proposed Senate Bill 39 is
unconstitutional.

Your request for opinion upon the constitutionality of proposed Senate Bill 39 has been carefully considered. Said proposed bill reads as follows:

"S. B. No. ___39___                                        By: Stone

"A  B I L L

TO BE ENTITLED

"AN ACT authorizing the Commissioners Court of any County in this State having a population of not less than eighty thousand (80,000), and not more than one hundred thirty two thousand (132,000) according to the last preceding Federal Census, to allow each county commissioner certain expenses for traveling and in connection with the use of his automobile while on official business only; requiring each such commissioner to pay the expense of operation and repair of such vehicle so used by him without any further expense whatever to such county; providing the fund from which said disbursement shall be made and declaring an emergency.

"BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

"SECTION 1.  In any county in this State having a population of not less than eighty thousand

380

(60,000) and not more than one hundred thirty-two thousand (132,000) according to the last preceding Federal Census, the Commissioners Court is hereby authorized to allow each Commissioner the sum of not more than fifty dollars ($50.00) per month, to be paid out of the Road and Bridge Fund of each respective Commissioners' Precinct, for traveling expenses and depreciation on his automobile while on official business only.

"SECTION 2. Each such Commissioner shall pay all expenses in the operation of such automobile and keep same in repair free of any other charges to the county.

"SECTION 3. The fact that in the counties affected by this Act there is great need that the counties participate in defraying the expenses of such commissioners because the great amount of road work now going on increases the necessity of such Commissioners traveling from place to place overseeing the construction and maintenance of such roads creates an emergency and an imperative public necessity that the constitutional rule requiring bills to be read on three several days in each House be suspended, and the same is hereby suspended, and this Act shall take effect and be in force from and after its passage, and it is so enacted."

Under the holding of Opinion No. O-3790 of this department, a copy of which is enclosed herewith, and authorities cited therein, it is our opinion that the above quoted proposed Senate Bill 39 is clearly unconstitutional.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

APPROVED FEB 3, 1943

T ASSISTANT
TORNEY GENERAL

WJF:mp
Encl.


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN